No. 102. NORTH CAROLINA FINISHING CO. *v.* NATIONAL LABOR RELATIONS BOARD. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Ap-

peals for the Fourth Circuit denied. *Mr. Burton Craige* for petitioner. *Assistant Solicitor General Cox, Messrs. Robert B. Watts, Ernest A. Gross, Millard Cass,* and *Miss Ruth Weyand,* for respondent.